STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

11-400 c/w 11-399

STATE OF LOUISIANA

VERSUS

WAYNE K. JONES, JR.

************

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 20609-10
HONORABLE DAVID ALEXANDER RITCHIE, DISTRICT JUDGE

************

J. DAVID PAINTER
JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell, and J. David Painter, Judges.

AFFIRMED; HABITUAL OFFENDER SENTENCE VACATED; AND
REMANDED WITH INSTRUCTIONS

Peggy J. Sullivan
P.O. Box 2806
Monroe, LA 71207-2806
COUNSEL FOR DEFENDANT/APPELLANT:
    Wayne K. Jones, Jr.

John F. Derosier, District Attorney
David Palay, Assistant District Attorney
Carla S. Sigler, Assistant District Attorney
1020 Ryan St.
Lake Charles, LA 70601
COUNSEL FOR APPELLEE:
    State of Louisiana

**PAINTER, Judge.**

For the reasons set forth in the companion case hereto, *State v. Jones*, 11-399 (La.App. 3 Cir. __/__/11), ___ So.3d___, Defendant's convictions are affirmed. However, because Defendant's habitual offender sentence is indeterminate, the habitual offender sentence is vacated and remanded to the trial court for resentencing. The trial court is directed to clarify which count or counts it is enhancing and to impose separate sentences for each conviction.

Additionally, the trial court is directed to advise the Defendant of the prescriptive period for filing post-conviction relief as required by La.Code Crim.P. art. 930.8.

**AFFIRMED; HABITUAL OFFENDER SENTENCE VACATED; AND REMANDED WITH INSTRUCTIONS**.